IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DONALD WALKER, JR., | : |
| *Plaintiff*, | : Case No. 1:24-cv-180 |
| vs. | : Judge Jeffery P. Hopkins |
| ATTORNEY TIM NOLAN, *et al.*, | : |
| *Defendants*. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (Doc. 25) issued by Chief Magistrate Judge Stephanie K. Bowman on February 12, 2025. The Magistrate Judge recommends that Plaintiff's application to proceed *in forma pauperis* on appeal (Doc. 24) be denied based on Plaintiff's failure to show that he is unable to pay the requisite filing fee, or alternatively, because any appeal would not be taken in good faith. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio

Oct. 28, 2022). Accordingly, Plaintiff's application to proceed *in forma pauperis* on appeal (Doc. 24) is **DENIED**.[1]

    **IT IS SO ORDERED.**

Dated: March 31, 2025

                                           Hon. Jeffery P. Hopkins
                                           United States District Judge

---

[1] The Court notes that the Sixth Circuit recently dismissed Plaintiff's appeal for lack of jurisdiction. *See* Doc 26.